UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

_____

In re:

**BRAMLETT MECHANICAL COMPANY, INC.**     Case No. 20-21135-jrs

Debtor.                                    Chapter 11

_____

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
_____

**PLEASE TAKE NOTICE** that **Truist Bank**, successor-by-merger to SunTrust Bank ("Truist") hereby requests as provided in 11 U.S.C. §§101(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and sent to the following:

> Ashley A. Edwards
> Parker Poe Adams & Bernstein LLP
> 620 South Tryon Street, Suite 800
> Charlotte, North Carolina 28202
> Telephone: (704) 372-9000

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telex, telecopy, or otherwise in this case.

**PLEASE TAKE FURTHER NOTICE** that review neither this Notice of Appearance or Request for Service nor any subsequent appearance, pleading, claim or suit, is intended to waive and should not be construed as a waiver of Truist's (i) right to have final orders in noncore matters entered only after *de novo* or trial by a District Court, (ii) right to trial by jury in any proceeding or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) rights, claims, actions, defenses, setoffs or recoupments to which Truist is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs or recoupments Truist expressly reserves. Further, this Notice of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge jurisdiction of any court including, without limitation, the United States Bankruptcy Court for the Northern District of Georgia, all of which rights are reserved without prejudice.

This the 24th day of August, 2020.

>                            /s/ Ashley A. Edwards
>                            Ashley A. Edwards (GA Bar No. 169200)
>                            Parker Poe Adams & Bernstein LLP
>                            620 South Tryon Street, Suite 800
>                            Charlotte, North Carolina 28202
>                            Telephone: (704) 372-9000
>                            *Attorney for Truist Bank*

PPAB 5803351v1

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Jonathan D. Clements
Kelley & Clements
P.O. Box 2758
Gainesville, GA 30503

David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Cameron M. McCord
Chapter 11 Subchapter V Trustee
Jones & Walden LLC
699 Piedmont Ave NE
Atlanta, GA 30308

This the 24th day of August, 2020.

/s/ Ashley A. Edwards
Ashley A. Edwards (GA Bar No. 169200)
Parker Poe Adams & Bernstein LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
*Attorney for Truist Bank*

PPAB 5803351v1